10IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **MAUREEN RILEY,** | : | |
| | : | |
| Plaintiff, | : | Case No. 12-cv-0628 |
| | : | |
| v. | : | JUDGE ALGENON L. MARBLEY |
| | : | |
| **COMMISSIONER OF SOCIAL SECURITY,** | : | |
| | : | |
| | : | Magistrate Judge Deavers |
| Defendant. | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On July 10, 2013 the United States Magistrate Judge issued a Report and Recommendation in this case recommending that this Court overrule Plaintiff's Statement of Errors and affirm the Commissioner of Social Security's decision. (Doc. 16)  The parties were specifically advised of their right to object to the Report and Recommendation and of the consequences of their failure to do so.  There has nevertheless been no objection to the Report and Recommendation.

Since neither party has objected, and deadline for such objections to be filed elapsed on July 24, 2013, this Court **ADOPTS** the Magistrate Judge's Report and Recommendation (Doc. 16).  Plaintiff's Statement of Errors (Doc. 10) is hereby **OVERRULED**.  The decision of the Commissioner of Social Security is **AFFIRMED**.   This actions is hereby **DISMISSED**.

    **IT IS SO ORDERED.**

                                                              s/ Algenon L. Marbley
                                                         **ALGENON L. MARBLEY**
                                                         **UNITED STATES DISTRICT JUDGE**

**DATED: September 6, 2013**